**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL INFORMATION** |
| **v.** | : | **CRIMINAL NO. 1:26-MJ-** 46 |
| | : | **VIOLATION(S):** |
| **NATHANIEL FLORIDA** | : | **18 U.S.C. § 930(a)** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(Possession of a firearm within a federal facility)**

On or about December 19, 2025, on lands used for the United States and under the exclusive jurisdiction thereof, known as the Marine Corps Logistic Base, Albany, Georgia, and located within the Albany Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendant,

**NATHANIEL FLORIDA**

did knowingly possess a weapon in a federal facility, to wit: a Taurus, 9mm, bearing serial number AED299907 and a Taurus, .40 caliber, bearing serial number AEB083278, in violation of Title 18 United States Code, Section 930(a).

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: *_/s/ Whitney Bradford_*
WHITNEY BRADFORD
ASSISTANT UNITED STATES ATTORNEY